UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

      V.                                                      11-Mag-1953

CANALES, ET AL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

      JONATHAN RODRIGUEZ

I certify that I am admitted to practice in this court.

Date: August 1, 2011

                                                    LIPMAN & BOOTH LLC
                                                    CHRISTOPHER BOOTH (CB7763)
                                                    11 Broadway
                                                    Suite 967
                                                    New York, New York 10004
                                                    Tel: 212-363-6969
                                                    Fax: 212-363-6041
                                                    Cbooth@lipmanandbooth.com