UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                    :

ISMAEL CANALES,                   :     **INDICTMENT**
   a/k/a "Ish,"
JOSE MEDINA,                      :     **11 CRIM 676**
   a/k/a "Lou,"
JONATHAN RODRIGUEZ,               :
   a/k/a "Cabo,"
NIKOLAOS ANTONAKOS,               :
   a/k/a "Mist,"                       USDC SDNY
JAVIER DELAROSA,                  :     DOCUMENT
   a/k/a "Javi,"                       ELECTRONICALLY FILED
IVAN CANALES,                     :     DOC #: _____
JOEL BELTRE,                            DATE FILED: AUG 0 8 2011
   a/k/a "Matumbo,"             :
EDWIN RUIZ, and
MICHAEL COTTO,                    :
   a/k/a "Gordo,"
   a/k/a "Mikey,"               :

      Defendants.           :
- - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

    The Grand Jury charges:

    1.  From at least in or about July 2010 up to and including in or about July 2011, in the Southern District of New York and elsewhere, ISMAEL CANALES, a/k/a "Ish," JOSE MEDINA, a/k/a "Lou," JONATHAN RODRIGUEZ, a/k/a "Cabo," NIKOLAOS ANTONAKOS, a/k/a "Mist," JAVIER DELAROSA, a/k/a "Javi," IVAN CANALES, JOEL BELTRE, a/k/a "Matumbo," EDWIN RUIZ, and MICHAEL COTTO, a/k/a "Gordo," a/k/a "Mikey," the defendants, and others known and unknown, intentionally and knowingly did combine,

conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ISMAEL CANALES, a/k/a "Ish," JOSE MEDINA, a/k/a "Lou," JONATHAN RODRIGUEZ, a/k/a "Cabo," NIKOLAOS ANTONAKOS, a/k/a "Mist," JAVIER DELAROSA, a/k/a "Javi," IVAN CANALES, JOEL BELTRE, a/k/a "Matumbo," EDWIN RUIZ, and MICHAEL COTTO, a/k/a "Gordo," a/k/a "Mikey," the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were (a) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(b)(1)(A); (b) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(b)(1)(A); and (c) 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 812, 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. On or about July 28, 2011, in the Southern District of New York, ISMAEL CANALES, a/k/a "Ish," the defendant, wilfully and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the controlled substance offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a Springfield Armory 9 mm pistol.

(Title 18, United States Code, Section 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, ISMAEL CANALES, a/k/a "Ish," JOSE MEDINA, a/k/a "Lou," JONATHAN RODRIGUEZ, a/k/a "Cabo," NIKOLAOS ANTONAKOS, a/k/a "Mist," JAVIER DELAROSA, a/k/a "Javi," IVAN CANALES, JOEL BELTRE, a/k/a "Matumbo," EDWIN RUIZ, and MICHAEL COTTO, a/k/a "Gordo," a/k/a "Mikey," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the

commission of the controlled substance offense alleged in Count One of this Indictment.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISMAEL CANALES,
   a/k/a "Ish,"
JOSE MEDINA,
   a/k/a "Lou,"
JONATHAN RODRIGUEZ,
   a/k/a "Cabo,"
NIKOLAOS ANTONAKOS,
   a/k/a "Mist,"
JAVIER DELAROSA,
   a/k/a "Javi,"
IVAN CANALES,
JOEL BELTRE,
   a/k/a "Matumbo,"
EDWIN RUIZ, and
MICHAEL COTTO,
   a/k/a "Gordo,"
   a/k/a "Mikey,"

                Defendants.

INDICTMENT

11 Cr.

(Title 21, United States Code, Section 846; Title 18, United States Code, Section 924(c)(1)(A)(i))

                PREET BHARARA
          United States Attorney.

A TRUE BILL

                  Foreperson.

8/8/11 Filed Indictment Case assigned
O.M. to Judge Sullivan

KNFOX