```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN RODRIGUEZ,

                Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    For the reasons stated on the record at the October 12, 2011 status conference, IT IS HEREBY ORDERED that Defendant Jonathan Rodriguez's bail conditions are modified such that he may leave his home from 1:00 p.m. to 8:00 p.m. on Thursday, October 13, 2011.

SO ORDERED.

Dated:    October 13, 2011
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE