UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12-9-13_

UNITED STATES OF AMERICA

-v-

JONATHAN RODRIGUEZ,

              Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The docket sheet for this matter shows that Defendant Rodriguez filed a motion for the return of his property on July 2, 2013. (Doc. No. 192.) Defendant also filed the attached motion for the return of his property (Doc. No. 193) and the attached motion for transcripts and docket sheets (Doc. No. 194), both of which were received by the Pro Se Office on November 13, 2013. However, Defendant's July 2, 2013 motion has not been docketed electronically and a hard copy cannot be located in the Clerk's office; as a result, the Court is unable to determine whether its contents differ in any significant way from Defendant's later motion. Accordingly, IT IS HEREBY ORDERED THAT, the Clerk of the Court is respectfully requested to terminate the motion at Doc. No. 192. However, if Defendant believes that his later motion concerning the return of his property (Doc. No. 193) does not adequately cover the issues raised in his July 2 motion (Doc. No. 192), then he shall either re-send a copy of his July 2 motion or submit a new motion to the Pro Se Office on or before Monday, December 23, 2013. IT IS FURTHER

ORDERED THAT on or before Friday, January 10, 2014, the government shall respond to Defendant's two motions (Doc. No. 193, 194) as well as any other motion that Defendant may file on or before December 23.

SO ORDERED.

Dated:    December 9, 2013
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

A copy of this Order was mailed to:

Jonathan Rodriguez
Reg. No.: 65469-054
Federal Correctional Institution
Fort Dix Camp
P.O. Box 2000
For Dix, New Jersey 08640