UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2014
```

UNITED STATES OF AMERICA

-v-

JONATHAN RODRIGUEZ,

                    Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Defendant filed a motion for the return of his property (Doc. No. 193), and also filed a motion for transcripts and docket sheets (Doc. No. 194.) The government does not oppose either motion. (*See* Doc. No. 198.) The Court is also in receipt of the attached letter, dated February 24, 2014, from the government, apprising the Court of the status of the government's efforts to return Defendant's property. Accordingly, IT IS HEREBY ORDERED THAT Defendant's motion for return of property and motion for transcripts and docket sheets are hereby GRANTED. The government shall provide the Defendant with the materials sought in those motions by March 28, 2014. The Clerk of the Court is respectfully requested to terminate the motions pending at docket numbers 193 and 194.

SO ORDERED.

Dated:       February 26, 2014
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>A copy of this Order was mailed to:</u>

Jonathan Rodriguez
Reg. No.: 65469-054
Federal Correctional Institution
Fort Dix Camp
P.O. Box 2000
For Dix, New Jersey 08640



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

―――――――――――――――――――――――――――

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**February 24, 2014**

**BY EMAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:     United States v. Jonathan Rodriguez
                   11 Cr. 676 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this status letter to the Court in connection with the Motion for Return of Property (the "Motion") filed by Defendant Jonathan Rodriguez (the "defendant"). The Government has made efforts to return to the defendant the property requested in the Motion (the "Property"). Specifically, approximately three weeks ago, the DEA case agent spoke with Henry Marines, Esq., the defendant's last counsel of record, and discussed the return of the Property. Mr. Marines stated that the defendant's mother would like the Property returned. The agent then followed up with an email to Mr. Marines, and indicated in his email that the agent could meet the defendant's mother at a place convenient to her to make the exchange. The agent has yet to receive a response to this email from Mr. Marines. The agent will continue to follow up with Mr. Marines, and hopes to return the Property to the defendant's mother by the end of this week.

                                  Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

           By:     _/s/ Sarah Paul_____
                   Assistant U.S. Attorney
                   212-637-2326

Cc:    Henry Marines, Esq. (counsel for the defendant)