UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JONATHAN RODRIGUEZ,<br><br>      Supervisee. | No. 11-cr-676 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a letter from Supervisee, dated March 3, 2022, petitioning for early termination of his five-year term of supervised release. IT IS HEREBY ORDERED THAT Mr. Rodriguez, the government, and the U.S. Probation Officer shall appear before the Court for a status conference at 4:00 p.m. on Tuesday, April 5, 2022 in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. SO ORDERED.

Dated:  March 31, 2022
      New York, New York

                     _____
                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation