UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN RODRIGUEZ,

           Supervisee.

No. 11-cr-676 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      For the reasons stated on the record at the conference held this afternoon, IT IS HEREBY ORDERED THAT Supervisee's motion for early termination of supervised release is granted. The Court extends its best wishes to Mr. Rodriguez and his family.

SO ORDERED.

Dated:    April 5, 2022
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation