UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN RODRIGUEZ,

Defendant.

No. 11-cr-676 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On April 5, 2022, the Court granted Mr. Rodriguez's petition for early termination of his supervised release. (Doc. No. 333.) Mr. Rodriguez's petition, received by the Court on March 9, 2022, contains various certificates in support of his motion. The petition also includes two years of tax return summaries that reveal his social security number, address, and other sensitive financial and personal information. In light of the personal nature of the information included in the tax return summaries, the Court finds that the presumption of open records has been outweighed by Mr. Rodriguez's privacy interests as to those documents. *See United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT Mr. Rodriguez's 2019 and 2020 tax return summaries shall be filed under seal. The Clerk of Court is respectfully directed to add Mr. Rodriguez's letter petition and the remaining supporting documents as an attachment to this Order.

SO ORDERED.

Dated:  April 12, 2022
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation